REC'D & FILED

# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

2010 OCT 13 PM 2: 04

7 Southwoods Boulevard,, Albany, New York 12211

CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

October 12, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    06-11513                     David & Cheryl Rueda

To Whom It May Concern:

Enclosed please find check #921976 in the amount of $.01) The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:     David & Cheryl Rueda
                   373 Raven Road
                   Richmondville, NY 12149

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli